D+F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x  Civil Action No.: CV-05-5738 (ARR)
UNITED STATES OF AMERICA,           §
                                    §
              Plaintiff,            §
                                    §
    - against-                      §
                                    §
ANTHONY P. JOHNSON,                 §
                                    §
              Defendant.            §
---------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 1 2 2006 ★
BROOKLYN OFFICE

## ORDER DISMISSING CASE WITH PREJUDICE

Upon motion of the United States of America, for good cause shown, it is hereby ordered that the above captioned case be dismissed with prejudice.

Signed: Brooklyn, New York
April 6, 2006

_____
Allyne R. Ross
United States District Judge